LOCKPORT ENTERPRISES, INCORPORATED, Appellant, v. LOCK CITY THEATRES, INCORPORATED, and Another, Respondents.— Judgment affirmed, with costs,

* Appeal dismissed, 261 N. Y. 693.

Findings of fact Nos. 20, 21 and 22 made at plaintiff's request disapproved and reversed and finding of fact No. 26 in the report of the referee modified. All concur.